**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50621 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00622-R |
| v. | |
| JOSE ANTONIO NAVARRO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Manuel L. Real, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Jose Antonio Navarro appeals from the 70-month sentence imposed

following his guilty-plea conviction for being a felon in possession of a firearm

and ammunition, in violation of 18 U.S.C. § 922(g)(1).  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Navarro contends that the district court violated Federal Rule of Criminal Procedure 32(i)(3)(B) when it failed to resolve a dispute regarding the facts underlying a sentencing enhancement for reckless endangerment during flight. But Navarro never argued that there were specific factual errors in the presentence report. Accordingly, the district court did not violate Rule 32(i)(3)(B). *See United States v. Stoterau*, 524 F.3d 988, 1011 (9th Cir. 2008) ("Only specific factual objections trigger Rule 32(i)(3)(B)."). To the extent Navarro now challenges the factual basis for the enhancement, the district court did not plainly err. *See United States v. Waknine*, 543 F.3d 546, 553 n.3 (9th Cir. 2008).

**AFFIRMED**.